884 A.2d 1253

IN THE MATTER OF JOSEPH J. LAROSA, AN ATTORNEY
AT LAW (ATTORNEY NO. 005411993).

November 3, 2005.

# O R D E R

The Disciplinary Review Board having filed with the Court its decision in DRB 05–060, concluding that **JOSEPH J. LaROSA** of **MARLTON**, who was admitted to the bar of this State in 1993, should be reprimanded for violating *RPC* 1.5(a) and (c) (excessive fee), and good cause appearing;

It is ORDERED that **JOSEPH J. LaROSA** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.